UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSIE OWENS,

       Petitioner,

v.                                                                        CASE NO. 6:12-cv-9-Orl-28GJK

SECRETARY, DEPARTMENT
  OF CORRECTIONS, et al.,

       Respondents.

_____/

## ORDER

This case is before the Court on Petitioner's Motion to Reinstate (Doc. No. 7). Upon

consideration, the motion is **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida this _17_ day of February,

2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 2/16
Jessie Owens